Dibofsky *v.* Young et al., Appellants.

Argued January 11, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*G. Wayne Renneisen,* with him *Bruce D. Lombardo,* and *Harvey, Pennington, Herting and Renneisen,* for appellant.

*Paul J. Downey,* with him *Joseph Alessandroni, Jr.,* for appellee.

OPINION PER CURIAM, May 4, 1973:

The order of the Superior Court affirming the order of the Court of Common Pleas of Philadelphia, Civil Division, overruling defendants' preliminary objections is hereby reversed on the authority of *Yefko v. Ochs,* 437 Pa. 233, 263 A. 2d 416 (1970), and the matter is remanded for proceedings consistent with this disposition.

Mr. Justice ROBERTS and Mr. Justice MANDERINO dissent.